IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREDICI ENOTECA, LLC<br>　　　　Plaintiff,<br>　v.<br>GREGORY DODGE<br>　　　　Defendant. | CIVIL ACTION NO. 20-4112 |
| ZAVINO UNIVERSITY CITY, LLC<br>　　　　Plaintiff,<br>　v.<br>GREGORY DODGE<br>　　　　Defendant. | CIVIL ACTION NO. 20-4937 |

## ORDER

**AND NOW,** this 19th day of July 2021, upon consideration of Defendant's motions to dismiss [Case No. 20-4112, Doc. No. 7] and [Case No. 20-4937, Doc. No. 6] the responses thereto, and the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motions are **DENIED.**

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**